## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MELISSA SEMINARA AND CARMELO SEMINARA, | : | No. 610 MAL 2018 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| STUART DERSHAW, M.D. JOHN STACK, M.D., HOLY REDEEMER WOMEN'S CARE OF MONTGOMERY COUNTY, AND HOLY REDEEMER HEALTH SYSTEM D/B/A HOLY REDEEMER HOSPITAL AND MEDICAL CENTER, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.